IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 05-00121 DAE-RJJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HEIDI J. RASMUSSEN,   [16] | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER RESCHEDULING SENTENCING

The Court hereby reschedules the sentencing of Defendant Heidi Rasmussen from August 25, 2010, to Tuesday, September 14, 2010, at 9:30 a.m., at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada, in a courtroom to be assigned.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 10, 2010.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE